# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:06CR759 JCH |
| SAM JOHNSON, | ) ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on defendant's petition for writ of habeas corpus, in which petitioner requests to be brought before the Court to defend himself against the charge that he has violated the terms of his supervised release. The petition will be denied as moot because the Court has issued a warrant.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's petition for writ of habeas corpus [#37] is denied as moot.

Dated this <u>22nd</u> Day of July, 2008.

/s/ Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE